315 So.2d 442

Lawrence **OSTEEN**

v.

**STATE of Alabama.**

**I Div. 543.**

Court of Criminal Appeals of Alabama.

Jan. 17, 1975.

Rehearing Denied Feb. 4, 1975.

Appeal from Circuit Court, Mobile County; Joseph M. Hocklander, Judge.

J. D. Quinlivan, Jr., Mobile, for petitioner.

William J. Baxley, Atty. Gen. and Otis J. Goodwyn, Asst. Atty. Gen., for the State.